

Villanova University School of Law Digital Repository

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-6-2007

# In Re: American Pad

Precedential or Non-Precedential: Precedential

Docket No. 05-1379

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

## Recommended Citation

"In Re: American Pad " (2007). *2007 Decisions.* Paper 1397.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1397

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———

No. 05-1379

———

In re: AMERICAN PAD & PAPER COMPANY,
                                                        Debtor

STEVEN G. SINGER, Chapter 7 Trustee,
                                                        Appellant

v.

FRANKLIN BOXBOARD CO.
a/k/a Franklin Boxboard Company;
BENNINGTON PAPERBOARD COMPANY,
Divisions of the Newark Group Inc.

MARGARET HARRISON,
                                                        Trustee

(D.C. Civil No. 03-cv-01077)

———

No. 05-1380

———

In re: AMERICAN PAD & PAPER COMPANY,
                                                        Debtor

STEVEN G. SINGER, Chapter 7 Trustee,
                                                        Appellant

v.

KIMBERLY-CLARK CORPORATION
d/b/a/ Neenah Papers

MARGARET HARRISON,
                                                        Trustee

(D.C. Civil No. 04-cv-00238)

No. 05-1381

In re: AMERICAN PAD & PAPER COMPANY,
Debtor

STEVEN G. SINGER, Chapter 7 Trustee,
Appellant

v.

FRONTIER COMMUNICATIONS OF AMERICA INC.;
FRONTIER COMMUNICATIONS OF FAIRMONT INC.;
FRONTIER COMMUNICATIONS OF GEORGIA INC.,
d/b/a Frontier Communications Service

MARGARET HARRISON,
Trustee

(D.C. Civil No. 03-cv-01127)

No. 05-1382

In re: AMERICAN PAD & PAPER COMPANY,
Debtor

STEVEN G. SINGER, Chapter 7 Trustee,
Appellant

v.

STRATEGIC PAPER GROUP, LLC

MARGARET HARRISON,
Trustee

(D.C. Civil No. 03-cv-01130)

2

On Appeal from the United States District Court
for the District of Delaware
District Judge: Hon. Kent A. Jordan

Argued November 6, 2006

Before: SLOVITER, CHAGARES, and NYGAARD, <u>Circuit Judges</u>

<u>ORDER AMENDING OPINION</u>

IT IS ORDERED that the slip opinion in the above case, filed March 2, 2007, be amended as follows:

Page 8, line 2, the date "January 14, 2002" should be deleted and replaced by "January 3, 2002."

By the Court,

  /s/   Dolores K. Sloviter
  Circuit Judge

Dated: March 6, 2007

lwc/cc:      Adam Singer, Esq.           Joseph J. Bodnar, Esq.
                Bruce Buechler, Esq.        George M. Cheever, Esq.
                E. Franklin Childress Jr, Esq.    Victoria W. Counihan, Esq.
                David N. Crapo, Esq.        Mark F. Foley, Esq.
                David M. Fournier, Esq.      Stephanie A. Fox, Esq.
                Gilbert L. Hamberg, Esq.     Donald J. Hutchinson, Esq.
                Dennis A. Meloro, Esq.       Lisa C. McLaughlin, Esq.
                Kathleen M. Miller, Esq.      Katherine M. Perhach, Esq.
                Jeffrey M. Schlerf, Esq.       Christopher P. Simon, Esq.
                Ashley B. Stitzer, Esq.       Michael H. Traison, Esq.

3